1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WALTER L. MORALES DELGADO, an
individual,

               Plaintiff,

     v.

LOWE'S HOME CENTERS, LLC, a
North Carolina Corporation and DOES 1
through 30, inclusive,

            Defendants.

Case No. 24-cv-04301-DMR

**ORDER GRANTING
STIPULATION TO CONTINUE
INITIAL CASE MANAGEMENT
CONFERENCE  AND TO PERMIT
TELEPHONE APPEARANCES**

Scheduling Conf.:     October 24, 2024

Time:  10:00 a.m.
Courtroom:   Hon. Richard Seeborg

Complaint Filed:  June 12, 2024
Trial Date:      None Set

     Based on the Stipulation submitted by counsel for Plaintiff Walter L. Morales-

Delgado and Defendant Lowe's Home Centers, LLC, and good cause appearing,

     **IT IS ORDERED:**

     The Initial Case Management Conference currently set for October 24, 2024, at 10

a.m. is continued to __November 14_____, 2024, at 10 a.m.  The Court permits the

---

ORDER

parties to attend the re-scheduled Initial Case Management Conference by telephone/remotely since all counsel are based in Southern California, and the Court will provide remote log-in information prior to the Initial Case Management Conference.

Dated: _September 19_____, 2024

_____

HON. RICHARD SEEBORG

2