UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WALTER L. MORALES DELGADO, | Case No. 24-cv-04301-RS |
|---|---|
| Plaintiff, | |
| v. | **STANDBY ORDER OF DISMISSAL** |
| LOWE'S HOME CENTERS, LLC, | |
| Defendant. | |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates.

The parties are required to file a stipulation of dismissal by April 4, 2025 or a written explanation showing cause why the case should not be dismissed. If no response to this order is filed, the case will be dismissed without further notice.

**IT IS SO ORDERED.**

Dated: February 27, 2025

_____
Richard Seeborg
Chief United States District Judge